# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### No. 00-1629NE

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * |
| v. | * |
| | * On Appeal from the United |
| Jose Guadalupe Serrano-Sanchez, | * States District Court |
| also known as Carlos Alvarez, also | * for the District of |
| known as Pedro Guerro, also known | * Nebraska. |
| as Antonio Villaescusa-Ibarra, also | * |
| known as Arturo Orosco, also known | * [To Be Published] |
| as Jose Sorrano Sanchez, also known | * |
| as Carlos Savala Alvarez, also known | * |
| as Jose Guadalupe Sanchez, | * |
| | * |
| Appellant. | * |

Submitted: March 10, 2000
Filed: March 20, 2000

Before RICHARD S. ARNOLD, BEAM, and MURPHY, Circuit Judges.

PER CURIAM.

Appellant is hereby granted leave to proceed on appeal in forma pauperis. The Clerk is directed to appoint counsel to represent him.

The procedure in which a district court certifies that an appeal is not taken in good faith, and denies leave to proceed on appeal in forma pauperis, should be limited to civil cases. In direct criminal appeals, district courts should process a notice of appeal in the ordinary fashion. If counsel believes that the appeal is frivolous, the Anders-Penson procedure should be followed.[1] The Court of Appeals will then determine the course of the appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] Anders v. California, 386 U.S. 738 (1967); Penson v. Ohio, 488 U.S. 75 (1988).